KEEFE M. BERNSTEIN
bernsteink@sec.gov
B. DAVID FRASER
fraserb@sec.gov
SECURITIES AND EXCHANGE COMMISSION
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ONE OR MORE UNKNOWN TRADERS IN THE SECURITIES OF ANADARKO PETROLEUM CORPORATION,<br><br>Defendants. | 1:19-cv-03785-GHW<br><br>ECF CASE |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff Securities and Exchange Commission ("SEC") hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and respectfully shows the Court as follows:

1. No opposing party has served either an answer or a motion for summary judgment.

2. The SEC has not previously dismissed any federal or state-court action based on or including the same claims alleged in the Complaint.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the SEC hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

The SEC also respectfully submits herewith a proposed order, ordering that, as the above-captioned action is being voluntarily dismissed without prejudice, the asset freeze ordered in the Court's April 29, 2019 (Dkt. No. 3) and May 20, 2019 (Dkt. No. 13) Orders is therefore vacated.

Dated:  December 5, 2019                    Respectfully submitted,

*/s/ Keefe M. Bernstein*
KEEFE M. BERNSTEIN
bernsteink@sec.gov
B. DAVID FRASER
fraserb@sec.gov
SECURITIES AND EXCHANGE COMMISSION
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607

*Counsel for Plaintiff*
*Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2019, I electronically filed the foregoing document with the Clerk of the Court for the Southern District of New York, by using the CM/ECF system which delivered electronic notice to all counsel of record.  In addition, I certify that I also caused a true and correct copy of the foregoing to be served by email and U.S. mail to the following:

Jonathan R. Tuttle
Debevoise & Plimpton
801 Pennsylvania Ave., N.W.
Washington, D.C. 20004
*Counsel for Renaissance Securities (Cyprus) Limited*

Dani R. James
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
*Counsel for Sun Global Investments Limited*

Shaimaa M. Hussein
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
*Counsel for Cowen Prime Services LLC*

Victoria Earls
Interactive Brokers LLC
2200 Pennsylvania Ave NW, Suite 280E
Washington, DC 20037
*Chief Counsel - Investigations*
*& Enforcement for Interactive Brokers LLC*

Alan S. Gruber
Nomura Holding America Inc.
Worldwide Plaza
309 West 49th Street
New York, New York  10019-7316
*Executive Director, Litigation*
*Nomura Holding America Inc.*

Lori A. Martin
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Counsel for Nomura International, Plc*

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
*Counsel for  IC Veles Capital LLC and Veles International Limited and*

Lauren Lezak
Pershing LLC, a BNY Mellon company
One Pershing Plaza
Jersey City, NJ 07399
*Director and Managing Counsel for Pershing LLC*

        *s/ Keefe M. Bernstein*
        Keefe M. Bernstein