USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2019

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

ONE OR MORE UNKNOWN TRADERS IN THE SECURITIES OF ANADARKO PETROLEUM CORPORATION,

Defendants.

1:19-cv-03785-GHW

ECF CASE

# ORDER

On December 5, 2019, Plaintiff Securities and Exchange Commission filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**NOW, THEREFORE**, **IT IS HEREBY ORDERED** that, as the above-captioned action has been voluntarily dismissed without prejudice, the asset freeze ordered in the Court's April 29, 2019 (Dkt. No. 3) and May 20, 2019 (Dkt. No. 13) Orders is therefore vacated.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: December 8, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge